1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHELE REID

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No.  CR-S-11-0113-GEB
                                  )
12          Plaintiff,             ) STIPULATION AND [PROPOSED] ORDER
                                  ) TO CONTINUE STATUS CONFERENCE
13     v.                         )
                                  )
14 MICHELE REID                   ) Date: February 17, 2012
                                  ) Time: 9:00 a.m.
15          Defendant.             ) Judge: Hon. Garland E. Burrell, Jr.
                                  )
16                                )
   _____)
17

18   The parties request that the status conference in this case be continued from January 20, 2012, to February 17, 2012 at 9:00 a.m. They stipulate that the time between January 18, 2012 and February 17, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter. The parties stipulate and agree

that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

Dated: January 18, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
MICHELE REID

Dated: January 18, 2012  BENJAMIN B. WAGNER
United States Attorney

*/s/ Jared Dolan*
JARED DOLAN
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 20, 2012, be continued to February 17, 2011, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the February 17, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 18, 2012

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                      -2-